**89-14.** State v. Richardson. *Cuyahoga County,* No. 53717. On motion for leave to file delayed appeal. Motion granted.

Moyer, C.J., and Wright, J., dissent.

**89-69.** State v. Reece. *Lucas County,* No. L-88-392. On motion for leave to file delayed appeal. Motion granted.

Moyer, C.J., Wright and Resnick, JJ., dissent.

**89-70.** State v. Montgomery. *Lucas County,* No. L-86-395. On motion for leave to file delayed appeal and on motion for appointment of counsel. Motion for leave granted and the Ohio Public Defender is appointed as counsel.